Exhibit 2

Charted Claims:

Method Claim: 13

| US7831475B2 | Order.com website/ Order.com app ("Accused Instrumentality") |
|---|---|
| 13. A method of ordering comprising: a first customer opening a first menu apparatus having at least one menu display, an input device, a feedback mechanism, and a payment device; | The accused instrumentality practices a method of ordering (e.g., group ordering) comprising: a first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) opening a first menu apparatus (e.g., first computer/ first mobile phone enabled with the accused instrumentality's menu) having at least one menu display (e.g., menu displayed on the screen of the computer/ mobile phone enabled with the accused instrumentality), an input device (e.g., keyboard input of the computer enabled with the accused instrumentality), a feedback mechanism (e.g., remove, add, etc, options), and a payment device (e.g., first computer/ first mobile device enabled with the accused instrumentality used as a payment device).<br><br>As shown below, the accused instrumentality i.e., Order.com website/ Order.com app practices providing a method of ordering (e.g., group ordering) by the first customer using a first computer device/ first mobile phone enabled with the accused instrumentality. The computer device/ mobile phone enabled with the accused instrumentality comprises its menu page displayed on the screen of the device. The first user can select an item from the menu page using the keyboard of the computer device/ touch screen input of the mobile device & the feedback mechanism and can pay using the computer/ mobile phone enabled with the accused instrumentality that also acts as a payment device. |



https://www.order.com/glue/landing

https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1



https://www.order.com/account/groups



first menu apparatus

https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1



https://www.order.com/order/restaurant/crown-chicken-burger-pizza-menu/9875



https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1



https://www.order.com/order/information



https://www.order.com/order/checkout



https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1

| the first customer viewing a desired page of the first | The accused instrumentality practices the first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) viewing a desired page (e.g., ordering page of the accused instrumentality) of the first menu apparatus (e.g., |

| menu apparatus; | first computer/ first mobile phone enabled with the accused instrumentality's menu). |
|---|---|
| | |
| | https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1 |



https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1

| the first customer selecting an item | The accused instrumentality practices the first customer (e.g., first user using the first computer/ first mobile device enabled with the accused instrumentality) selecting an item |

| from the first menu apparatus using the input device; | from the first menu apparatus (e.g., first computer/ first mobile device enabled with the accused instrumentality's menu) using the input device (e.g., keyboard of the computer/ touch screen of the mobile phone enabled with the accused instrumentality). |
|---|---|
| | 

https://www.order.com/order/restaurant/crown-chicken-burger-pizza-menu/9875 |



https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1



https://www.order.com/order/restaurant/crown-chicken-burger-pizza-menu/9875



https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1

| the first customer confirming a menu item was selected by referencing the feedback mechanism; | The accused instrumentality practices the first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) confirming a menu item was selected by referencing the feedback mechanism (e.g., remove, add, etc.,). |
|---|---|



https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1



https://www.order.com/order/restaurant/crown-chicken-burger-pizza-menu/9875



https://www.order.com/order/restaurant/crown-chicken-burger-pizza-menu/9875



| the first customer sending the selected items to a remote location for | The accused instrumentality practices the first customer (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) sending the selected items to a remote location (e.g., the accused instrumentality's kitchen/outlet, etc,) for processing. |
| --- | --- |

processing; and



https://www.order.com/order/restaurant/crown-chicken-burger-pizza-menu/9875



https://www.order.com/order/restaurant/crown-chicken-burger-pizza-menu/9875

| | |
|---|---|
| the first customer sending information from the first menu apparatus to a second customer operating a second menu apparatus. | The accused instrumentality practices the first customer (e.g., first user using the first computer enabled with the accused instrumentality) sending information (e.g., sharing of group order information link via a text or an email) from the first menu apparatus (e.g., first computer enabled with the accused instrumentality's menu) to a second customer (e.g., second user using a second computer enabled with the accused instrumentality) operating a second menu apparatus (e.g., second computer/ second mobile phone enabled with the accused instrumentality's menu). <br><br> As shown below, the accused instrumentality i.e., Order.com website/ Order.com app practices providing the first user (e.g., first user using the first computer/ first mobile phone enabled with the accused instrumentality) with the ability to share the group order |

information from its own computer device/ mobile device to all the participants via a link to add their menu selections to the Group order using their own computer devices/ mobile devices.



https://play.google.com/store/apps/details?id=com.deliverlogic.delivr&pli=1



https://www.order.com/account/groups



https://www.order.com/group_order/start/3



https://www.order.com/group_order/dashboard/2/who



https://www.order.com/account/groups



https://www.order.com/group_order/dashboard/2/who