## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **OrderMagic LLC,** | Case No. 1:26-cv-01774-PAE |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Order.com, LLC,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: May 26, 2026
　　　New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge

1